UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLOBAL FREIGHT, INC.,                          Case No. 2:21-cv-11337

    Plaintiff/Counter-Defendant,             Hon. Anthony P. Patti

V

TREMELL SISSON,

    Defendant/Counter-Plaintiff.

| DANIEL RANDAZZO (P39935)<br>Law Office of Daniel Randazzo<br>Attorney for Plaintiff/Counter-Defendant<br>2731 S. Adams Rd., Ste. 100<br>Rochester Hills, MI 48309<br>248-853-1003 / 248-853-1004 Fax<br>attyrandaz@aol.com | KYLE MURPHY (P83879)<br>Attorney for Defendant/Counter-Plaintiff<br>20300 Superior Rd., Ste. 240<br>Taylor, MI 48180<br>734-374-1930<br>Kyle@Staverlaw.com |
|---|---|

**DEFAULT JUDGMENT**

The parties having entered into a Settlement Agreement, Plaintiff having filed an Affidavit of Non-Compliance, and the court being fully advised:

**IT IS ORDERED** that a Default Judgment shall be entered in favor of Plaintiff against Defendant in the amount of $110,000.00, less $25,400.00, for a total of $84,600.00 plus statutory interest beginning the date of this judgment.

Date: September 23, 2024                        s/*Anthony P. Patti*
                                                                   ANTHONY P. PATTI
                                                                   United States Magistrate Judge